1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11    JESSICA L. D.,[1]                          Case No. EDCV 23-1807 MCS (PVC)

12                          Plaintiff,
                                                **ORDER ACCEPTING FINDINGS,**
13           v.                                 **CONCLUSIONS, AND**
                                                **RECOMMENDATIONS OF UNITED**
14    CAROLYN W. COLVIN, Acting                 **STATES MAGISTRATE JUDGE**
      Commissioner of Social Security,[2]
15
                          Defendant.
16

17

18           Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records

19    and files herein, the Report and Recommendation of the United States Magistrate Judge,

20    and Plaintiff's Objections.  After having made a de novo determination of the portions of

21    the Report and Recommendation to which Objections were directed, the Court concurs

22    with and accepts the findings and conclusions of the Magistrate Judge.

23

24

25
      _____
26    [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil
      Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
27    Administration and Case Management of the Judicial Conference of the United States.

28    [2] Carolyn W. Colvin, Acting Commissioner of Social Security, is substituted for her
      predecessor.  42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).

1     IT IS ORDERED that Judgment shall be entered affirming the decision of the

2   Commissioner and dismissing this action with prejudice.

3

4     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

5   Judgment herein on counsel for Plaintiff and counsel for Defendant.

6

7     LET JUDGMENT BE ENTERED ACCORDINGLY.

8

9   DATED: January 7, 2025

10

11

12   _____
     MARK C. SCARSI
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28