JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L. D.,[1] <br>     Plaintiff, <br> v. <br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security,[2] <br>     Defendant. | Case No. EDCV 23-1807 MCS (PVC) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the decision of the Commissioner is AFFIRMED, and this action is dismissed with prejudice.

DATED: January 7, 2025

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Carolyn W. Colvin, Acting Commissioner of Social Security, is substituted for her predecessor. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).